# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| DEVON SHEAD, Individually, and on behalf of himself and others similarly situated, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MONTGOMERY ENTERPRISES, INC. )<br>and T5 GROUP OF TENNESSEE, LLC, )<br>d/b/a TAKE 5 OIL CHANGE, )<br>)<br>Defendants. ) | No. 2:22-cv-02580-SHL-tmp |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint, (ECF No. 1), filed September 2, 2022,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Parties' Joint Notice of Voluntary Dismissal Without Prejudice, (ECF No. 28), filed June 1, 2023, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims against Defendants are **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

June 5, 2023
Date